UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SELIM UMIT KUCUK,<br><br>                 Plaintiff,<br><br>   v.<br><br>CENTRAL WASHINGTON UNIVERSITY,<br>a/k/a CWU,<br><br>                 Defendant. | Case No. 2:17-cv-1262 JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

      Plaintiff's application to proceed in forma pauperis (Dkt. 1) was referred to the undersigned United States Magistrate Judge. Because plaintiff does not appear able to pay the civil case filing fee, his application to proceed in forma pauperis is hereby **GRANTED**.

      The Clerk shall send a copy of this Order to plaintiff and to the Honorable James L. Robart.

      DATED this 22nd day of August, 2017.

                                                              BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge