UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SELIM UMIT KUCUK,<br><br>                 Plaintiff,<br><br>   v.<br><br>CENTRAL WASHINGTON UNIVERSITY, et al.,<br><br>                 Defendants. | CASE NO. 2:17-cv-01262-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY DEADLINE TO COMPLETE MEDIATION** |

     By Order Setting Trial Date and Pretrial Schedule, the parties were ordered to participate in mediation per CR 39.1(c) no later than November 16, 2018. Dkt. 32. Defendant Central Washington University has pending a Motion for Summary Judgment. Dkt. 36. The parties jointly propose that mediation occur only after the motion is decided. Dkt. 43.

     Accordingly, it is **ORDERED** that the parties' stipulated motion (Dkt. 43) is **granted** and the deadline to complete mediation per CR 39.1(c) is **stayed**. The Court will provide a new mediation deadline if this case is not finally resolved on summary judgment.

     DATED this 14th day of November, 2018.

                                              BRIAN A. TSUCHIDA
                                            Chief United States Magistrate Judge